LODGED
CLERK, U.S. DISTRICT COURT
8/1/24
CENTRAL DISTRICT OF CALIFORNIA
BY: CS    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
08/13/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: tf    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joe Alter

PLAINTIFF(S)

v.

Neil Gorsuch et al

DEFENDANT(S).

CASE NUMBER

2:24-cv-01803-FLA-RAOx

**NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**

On August 1, 2024, the Court received the attached
☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____
☒ other document(s), entitled Objection.
from Joe Alter, who was found by the Court on June 28, 2024
in case number 24-CV-1803-FLA(RAOx) to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).
☐ Submission of document(s) for filing requires a Motion for Leave to File.
☐ Document(s) must be pre-screened by the Court before filing.
☐ Filing fee must be paid.
☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.
☐ Bond in the amount of $_____ must be posted in order to proceed.
☐ Other :

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

---

☐ IT IS HEREBY ORDERED that the document(s) presented:
  ☐ be filed in the above-captioned case.
  ☐ be filed in case number _____.
  ☐ be filed as a new case.
 *or*
☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____    _____
Date                United States Magistrate Judge

---

IT IS HEREBY ORDERED that the document(s) presented
☒ not be filed.
☐ be filed in the above-captioned case.
☐ be filed in case number _____.
☐ be filed as a new case.

August 13, 2024
Date

FERNANDO L. AENLLE-ROCHA, United States District Judge

CV-115 (04/2018)    NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT